IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| B/T ENTERPRISES, a Washington general partnership,<br><br>        Plaintiff,<br><br>   vs.<br><br>HYAK MINING CORPORATION, an Alaskan corporation,<br><br>        Defendant. | Civil Action No.: 1:11-CV-00007-TMB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS UNDER RULE 41(a)(2) |

THIS MATTER has come before the COURT upon Plaintiff's Motion to Voluntarily Dismiss Under Rule 41(a)(2). The Court has been fully advised and has specifically reviewed the following:

1. Plaintiff's Motion to Voluntarily Dismiss Under Rule 41(a)(2);
2. Declaration of Matthew Turetsky in Support of Plaintiff's Motion;
3. Declaration of Gary Tripp in Support of Plaintiff's Motion;
4. Defendant's Response in Opposition, if any;
5. Plaintiff's Reply in Support of its Motion, if any;
6. The records and files in this matter.

The COURT HEREBY ORDERS, ADJUDGES, AND DECREES THAT:

1. Plaintiff's motion for voluntary dismissal is GRANTED WITHOUT PREJUDICE; and
2. No fees, costs, terms or conditions shall be imposed on the dismissal.

Dated this 7th day of November, 2011.

                                                         s/ TIMOTHY M. BURGESS
                                                     The Honorable Timothy M. Burgess